# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: U.S. vs. Shurr

FOR: AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Robert Shurr

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

DOCKET NUMBERS
Magistrate:
District Court: 04-1645-CBS
Court of Appeals:

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer: Pour House, Boylston St, Boston (and 2 banks)
IF YES, how much do you earn per month? $ 450/wk
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☒ No — No spouse
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ less than $100

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ___ — Life Ins. Whole, unsure of value, has borrowed against it

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Melissa [redacted] daughter

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Credit Card | $ 3000 | $ |
| | Rent | $ | $ 1290 |
| | Other bills | $ | $ 150 |
| | Ins. | $ | $ 190 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]