## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: __Charles B. Swartwood, III__ | Date: __February 12, 2004__ |
| Courtroom Clerk: _____Roland_____ | Time In Court: __15 min__ |
| Case: USA v._Robert James Shorr_____ | Case Number: __04-1645-CBS__ |
| AUSA: _Burroughs_ | Defense Counsel: _Sorokin_ |
| PTSO/PO: _____B. Cronin_____ | Recording Time:_11:27 A__ |

## TYPE OF HEARING

[X ] **Initial Appearance**
[X ]    Arrested:    [X ] on warrant   [ ] on probable cause
[ ]    Defendant Sworn
[X ]    Advised of Charges
[X ]    Advised of Rights
[X ]    Requests Appointment of Counsel
[ ]    Retained Counsel
[X ]    Court Orders Counsel be Appointed
[ ]    Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
[X ] **Removal Hearing/Rule 40**
[X ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District.
       Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on unsecured bond with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

 __Report to PTS at noon, and Judge Homer at 2:00 p__  at _Northern District of New York_____

## REMARKS

  Case called, Counsel  and Defendant appear for Initial Appearance on Rule 40, Financial Affidavit filed, Gov't

agrees to release, Dft waives identity hearing, and reserves his right to a preliminary hearing in the charging

district, Dft released on conditions