UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,
v.

                    CR 04-1645-CBS

ROBERT JAMES SHORR,
    Defendant,

<u>ORDER OF APPOINTMENT OF COUNSEL</u>

February 12, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Leo Sorokin of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE

                                  By the Court:

                                  <u>/s/ Lisa B. Roland</u>
                                  Lisa B. Roland
                                  Deputy Clerk